AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

CARLOS ALFREDO GURRY,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:16-cv-00121-MMD-WGC**

ISIDRO BACA, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice. It is further ordered that petitioner is denied a certificate of appealability.

  April 21, 2016                       **LANCE S. WILSON**
                                                    Clerk

                                            /s/ D. R. Morgan
                                              Deputy Clerk